# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PATEL, DIPIKA | § | Case No. 08-13933 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No.: | 08-13933  SQU  Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, DIPIKA | | Date Filed (f) or Converted (c): | 05/30/08 (f) |
| | | | 341(a) Meeting Date: | 08/18/08 |
| For Period Ending: | 02/04/12 | | Claims Bar Date: | 11/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 746 Aztec Drive, Carol Stream IL  Stay lifted pursuant to order 10/24/08 | 255,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Super 8 Gayatri Mata, Inc., 400 Orbiting Drive, Mo  Owned by Debtor's corporation | 2,000,000.00 | 0.00 | DA | 0.00 | FA |
| 3. cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking account-Chase Bank | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 5. Savings account-Chase Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods | 700.00 | 0.00 | DA | 0.00 | FA |
| 7. Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Furs and Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. 401(k) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 100% Gayatri Mata, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. MUTUAL BANK ACCOUNT | 88,424.01 | 0.00 | | 88,424.01 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 121.82 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,358,024.01 | $0.00 | $88,545.83 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/09   Current Projected Date of Final Report (TFR): 01/30/12

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 02/04/12

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                  Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-13933   SQU   Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | PATEL, DIPIKA | Date Filed (f) or Converted (c): | 05/30/08 (f) |
| | | 341(a) Meeting Date: | 08/18/08 |
| | | Claims Bar Date: | 11/18/08 |

BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-13933 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, DIPIKA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7637 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1846 | | | |
| For Period Ending: | 02/04/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/08 | 11 | Mutual Bank<br>1275 N County Farm Road<br>Carol Stream IL 60188 | turnover of bank account | 1129-000 | 88,424.01 | | 88,424.01 |
| 09/30/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 6.82 | | 88,430.83 |
| 10/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 8.58 | | 88,439.41 |
| 11/28/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 7.25 | | 88,446.66 |
| 12/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 4.79 | | 88,451.45 |
| 01/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.49 | | 88,452.94 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | 2300-000 | | 95.68 | 88,357.26 |
| 02/27/09 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.36 | | 88,358.62 |
| 03/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.51 | | 88,360.13 |
| 04/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 88,363.76 |
| 05/29/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,367.51 |
| 06/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 88,371.14 |
| 07/31/09 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.75 | | 88,374.89 |
| 08/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,378.64 |
| 09/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 88,382.27 |
| 10/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,386.02 |
| 11/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 88,389.65 |
| 12/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,393.40 |
| 01/29/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,397.15 |
| 02/26/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.39 | | 88,400.54 |
| 03/06/10 | 000102 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 75.04 | 88,325.50 |
| 03/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,329.25 |
| 04/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 88,332.88 |
| 05/28/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.75 | | 88,336.63 |

Page Subtotals 88,507.35 170.72

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-13933 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, DIPIKA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7637  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1846 | | | |
| For Period Ending: | 02/04/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.63 | | 88,340.26 |
| 07/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.75 | | 88,344.01 |
| 08/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.75 | | 88,347.76 |
| 09/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.63 | | 88,351.39 |
| 10/29/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.75 | | 88,355.14 |
| 11/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.63 | | 88,358.77 |
| 12/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.75 | | 88,362.52 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.75 | | 88,366.27 |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.68 | | 88,366.95 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,367.70 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 88,368.42 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,369.17 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.73 | | 88,369.90 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.74 | | 88,370.64 |
| 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 88,371.40 |
| 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.73 | | 88,372.13 |
| 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,372.88 |
| 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.73 | | 88,373.61 |
| 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,374.36 |
| 01/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.75 | | 88,375.11 |

Page Subtotals        38.48         0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-13933 -SQU |
| Case Name: | PATEL, DIPIKA |
| Taxpayer ID No: | *******1846 |
| For Period Ending: | 02/04/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7637  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 88,545.83 | 170.72 | 88,375.11 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 88,545.83 | 170.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 88,545.83 | 170.72 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******7637 | 88,545.83 | 170.72 | 88,375.11 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 88,545.83 | 170.72 | 88,375.11 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 02/04/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals      0.00      0.00

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-13933
Case Name: PATEL, DIPIKA
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Marathon County Treasurer | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Dixit Patel | $ | $ | $ |
| 000004 | Ecolab | $ | $ | $ |
| 000005 | Amerihost Franchise Systems Inc | $ | $ | $ |
| 000006 | Super 8 Worldwide Inc | $ | $ | $ |
| 0000003A | Dixit Patel | $ | $ | $ |
| 7 | American Enterprise Bank | $ | $ | $ |

    Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance     $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE