UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
PATEL, DIPIKA § Case No. 08-13933
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/23/2012 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2012         By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
PATEL, DIPIKA § Case No. 08-13933
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 88,545.83 |
| and approved disbursements of | $ | 170.72 |
| leaving a balance on hand of[1] | $ | 88,375.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Marathon County Treasurer | $ 26,842.07 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 88,375.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 7,676.47 | $ 0.00 | $ 7,676.47 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 7,676.47 |
| Remaining Balance | $ | 80,698.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,792,746.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Dixit Patel | $ 197,575.00 | $ 0.00 | $ 8,893.63 |
| 000004 | Ecolab | $ 1,246.39 | $ 0.00 | $ 56.10 |
| 000005 | Amerihost Franchise Systems Inc | $ 28,402.69 | $ 0.00 | $ 1,278.52 |
| 000006 | Super 8 Worldwide Inc | $ 229,734.33 | $ 0.00 | $ 10,341.25 |
| 0000003A | Dixit Patel | $ 2,425.00 | $ 0.00 | $ 109.16 |
| 7 | American Enterprise Bank | $ 1,333,363.56 | $ 0.00 | $ 60,019.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 80,698.64 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-13933-CD
Dipika Patel                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster           Page 1 of 3            Date Rcvd: Feb 17, 2012
                              Form ID: pdf006           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2012.

```
db            +Dipika Patel,    746 Aztec Drive,    Carol Stream, IL 60188-1551
12285240      +AT&T Long Distance,    P.O. Box 660688,    Dallas, TX 75266-0688
12285239      +Amerhost Franchise Systems,    Forman Holt Eliades & Ravin LLC,    80 Route 4 East,
                Paramus, New Jersey 07652-2647
12285238      +Amerhost Franchise Systems,    P.O. Box 371714,    Pittsburgh, PA 15251-7714
18084468      +American Enterprise Bank,    c/o William Kent Carter,    Clark Hill PLC,
                150 N. Michigan Ave. #2700,    Chicago, IL 60601-7576
12862395      +Amerihost Franchise Systems Inc,    David S Catuogno Esq,    Forman Holt Eliades & Raven LLC,
                80 Route 4 East Sute 290,    Paramus, New Jersey 07652-1215
12285241       Central Wisconsin Airport,    200 SWA Drive, Suite 201,    Mosinee, WI 54455
12285242      +Charter Business,    P.O. Box 1818,    Wausau, WI 54402-1818
12285243      +Cintas Fire Protection,    N56 W13605 Silver Spring,    Menomonee Falls, WI 53051-6127
12285244       Citimortgage, Inc.,    P. O. Box 183040,    Columbus, OH 43218-3040
12285245      +Colson Service Corp,    P. O. Box 942,    Bowling Green Station,    New York, NY 10274-0942
12285246      +Courtesy Products, LLC,    P.O. Box 17488,    Saint Louis, MO 63178-7488
12285247      +Derse Inc.,    1234 N. 62nd Street,    Milwaukee, WI 53268-0001
12285248      +Dierks Waukesha,    P.O. Box 68-5015,    Milwaukee, WI 53268-0002
12285249      +Dixit Patel,    684 Quincy Court,    Carol Stream, IL 60188-4742
12285281      +Graykowski Distributing,    4012 Central Drive,    Wausau, WI 54401-3841
12285282      +HD Supply Facilities Maintenance,    P.O. Box 509058,    San Diego, CA 92150-9058
12285283      +JP Morgan Chase Bank, NA,    Home Equity & Consumer Landing Div.,    1111 Polaris Parkway,
                Columbus, OH 43240-2031
12285284      +Kisho Joshi,    2008 Winchester St.,    Champaign, IL 61821-6317
12285285      +L.E.T. Group Internet Marketing,    8954 SE Bridge Road,    Hobe Sound, FL 33455-5311
12285290      +MSI Inc.,    7600 N 15th Street,    Suite 250,    Phoenix, AZ 85020-4337
12285286      +Mahendru Patel,    778 Castleton Court,    Carol Stream, IL 60188-4745
12285287      +Marathon County Treasurer,    500 Forrest Street,    Wausau, WI 54403-5554
12285288      +Mosinee Telephone Company,    410 4th Street,    Mosinee, WI 54455-1199
12285289      +Mosinee Water & Sewer Utility,    225 Main Street,    Mosinee, WI 54455-1443
12285291      +Orkin Pest Control,    P.O. Box 10944,    Green Bay, WI 54307-0944
12285292      +Per Mar Security Services,    P.o. Box 1101,    Davenport, IA 52805-1101
12285293      +Safemark Systems,    2101 Park Center Drive,    Suite 125,    Orlando, FL 32835-7610
12285294      +Super 8 Motel Inc.,    1 Sylvan Way,    Parsippany, NJ 07054-3879
12285295      +Super 8 Motels, Inc.,    P.O. Box 371661,    Pittsburgh, PA 15251-7661
12551404      +Super 8 Worldwide Inc,    David S Catuogno Esq,    Forman Holt Eliades & Raven LLC,
                80 Route 4 East Suite 290,    Paramus, New Jersey 07652-2661
12285296      +USA Today,    5910 Rice Creek Parkway,    Suite 400,    Shorewood, MN 55126-5028
12285297      +Veolia Environmental Services,    5509 Fuller Street,    Schofield, WI 54476-3106
12285298      +Western,    P.O. Box 1555,    701 Enterprise Street N,    Aberdeen, SD 57401-3339
12285300      +Yellow Pages,    P.O. Box 3505,    New York, NY 10008-3505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12285251      +E-mail/Text: bankruptcynotices@ecolab.com Feb 18 2012 04:39:18      Ecolab,   P.O. Box 70343,
                Chicago, IL 60673-0343
12285299      +E-mail/Text: DLStange@wisconsinpublicservice.com Feb 18 2012 03:51:16
                Wisconsin Public Service,    P.O. Box 19003,    Green Bay, WI 54307-9003
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12285252       Gayatri Mata Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
 District/off: 0752-1          User: gbeemster              Page 2 of 3            Date Rcvd: Feb 17, 2012
                              Form ID: pdf006              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: gbeemster             Page 3 of 3                  Date Rcvd: Feb 17, 2012
                              Form ID: pdf006             Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
          Brenda  Helms    , bhelms@ecf.epiqsystems.com
          Brenda Porter Helms    on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
          Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
          David P Lloyd    on behalf of Debtor Dipika Patel dlloyd@ggl-law.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Creditor  Citimortgage, Inc., Servicer For Federal National Mortgage
           Association, its successors and/or assigns Courts@tmlong.com
          W. Kent Carter    on behalf of Creditor  American Enterprise Bank wcarter@clarkhill.com,
           estoneking@clarkhill.com
                                                                                                                                                                                                                                                                                       TOTAL: 7