UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                                §
                                                      §
PATEL, DIPIKA                                         §          Case No. 08-13933
                                                      §
                                                      §
            Debtor(s)                                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citimortgage |  |  |  |  |  |
|  | Colson Service Corp. |  |  |  |  |  |
|  | JP Morgan Chase Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MARATHON COUNTY TREASURER | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Long Distance | | | | | |
| | Amerhost Franchise Systems | | | | | |
| | Central Wisconsin Airport | | | | | |
| | Charter Business | | | | | |
| | Cintas Fire Protection | | | | | |
| | Courtesy Products LLC | | | | | |
| | Derse Inc. | | | | | |
| | Dierks Waukesha | | | | | |
| | Dixit Patel | | | | | |
| | Graykowski Distributing | | | | | |
| | HD Supply Facilities Maintenance | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kisho Joshi | | | | | |
| | LET Group Internet Marketing | | | | | |
| | MSI Inc. | | | | | |
| | Mahendru Patel | | | | | |
| | Marathon County Treasurer | | | | | |
| | Mosinee Telephone Company | | | | | |
| | Mosinee Water & Sewer Utility | | | | | |
| | Orkin Pest Control | | | | | |
| | Per Mar Security Services | | | | | |
| | Safemark Systems | | | | | |
| | Super8 Motels | | | | | |
| | USA Today | | | | | |
| | Veolia Environmental Services | | | | | |
| | Western | | | | | |
| | Wisconsin Public Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellow Pages | | | | | |
| 7 | AMERICAN ENTERPRISE BANK | | | | | |
| 000005 | AMERIHOST FRANCHISE SYSTEMS INC | | | | | |
| | CLERK UNITED STATES BANKRUPTCY COUR | | | | | |
| 000003B | DIXIT PATEL | | | | | |
| 000004 | ECOLAB | | | | | |
| 0000003A | PATEL, DIXIT | | | | | |
| 000001 | SUPER 8 WORLDWIDE INC | | | | | |
| 000006 | SUPER 8 WORLDWIDE INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-13933 | Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | PATEL, DIPIKA | | | Date Filed (f) or Converted (c): | 05/30/08 (f) |
| | | | | 341(a) Meeting Date: | 08/18/08 |
| For Period Ending: | 08/17/12 | | | Claims Bar Date: | 11/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 746 Aztec Drive, Carol Stream IL  Stay lifted pursuant to order 10/24/08 | 255,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Super 8 Gayatri Mata, Inc., 400 Orbiting Drive, Mo  Owned by Debtor's corporation | 2,000,000.00 | 0.00 | DA | 0.00 | FA |
| 3. cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking account-Chase Bank | 2,100.00 | 0.00 | DA | 0.00 | FA |
| 5. Savings account-Chase Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods | 700.00 | 0.00 | DA | 0.00 | FA |
| 7. Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Furs and Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. 401(k) | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 100% Gayatri Mata, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. MUTUAL BANK ACCOUNT | 88,424.01 | 0.00 | | 88,424.01 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 123.05 | Unknown |
| TOTALS (Excluding Unknown Values) | $2,358,024.01 | $0.00 | | $88,547.06 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/09    Current Projected Date of Final Report (TFR): 01/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06b

Case 08-13933 Doc 56 Filed 09/10/12 Entered 09/10/12 11:20:58 Desc Main
Document Page 9 of 13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-13933 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | PATEL, DIPIKA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7637 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1846 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/08/08 | | Mutual Bank 1275 N County Farm Road Carol Stream IL 60188 | turnover of bank account | 88,424.01 | | | | | 88,424.01 |
| 09/08/08 | 11 | Asset Sales Memo: | MUTUAL BANK ACCOUNT $88,424.01 | | | | | | 88,424.01 |
| 09/30/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | | 6.82 | | | | 88,430.83 |
| 10/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 8.58 | | | | 88,439.41 |
| 11/28/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | | 7.25 | | | | 88,446.66 |
| 12/31/08 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | | 4.79 | | | | 88,451.45 |
| 01/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | | 1.49 | | | | 88,452.94 |
| 02/06/09 | 000101 | International Sureties Ltd | trustee bond | | | 95.68 | | | 88,357.26 |
| 02/27/09 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 1.36 | | | | 88,358.62 |
| 03/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | | 1.51 | | | | 88,360.13 |
| 04/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.63 | | | | 88,363.76 |
| 05/29/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,367.51 |
| 06/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.63 | | | | 88,371.14 |
| 07/31/09 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 3.75 | | | | 88,374.89 |
| 08/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,378.64 |
| 09/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.63 | | | | 88,382.27 |
| 10/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,386.02 |
| 11/30/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.63 | | | | 88,389.65 |
| 12/31/09 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,393.40 |
| 01/29/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,397.15 |
| 02/26/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.39 | | | | 88,400.54 |
| 03/06/10 | 000102 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | bond premium | | | 75.04 | | | 88,325.50 |
| 03/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,329.25 |
| 04/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.63 | | | | 88,332.88 |
| 05/28/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 3.75 | | | | 88,336.63 |

LFORM2XT
UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.06b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-13933 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, DIPIKA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7637  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1846 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.63 | | | | 88,340.26 |
| 07/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.75 | | | | 88,344.01 |
| 08/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.75 | | | | 88,347.76 |
| 09/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.63 | | | | 88,351.39 |
| 10/29/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.75 | | | | 88,355.14 |
| 11/30/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.63 | | | | 88,358.77 |
| 12/31/10 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.75 | | | | 88,362.52 |
| 01/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.050 | | 3.75 | | | | 88,366.27 |
| 02/28/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.68 | | | | 88,366.95 |
| 03/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.75 | | | | 88,367.70 |
| 04/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.72 | | | | 88,368.42 |
| 05/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.75 | | | | 88,369.17 |
| 06/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.73 | | | | 88,369.90 |
| 07/29/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.74 | | | | 88,370.64 |
| 08/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.76 | | | | 88,371.40 |
| 09/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.73 | | | | 88,372.13 |
| 10/31/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.75 | | | | 88,372.88 |
| 11/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.73 | | | | 88,373.61 |
| 12/30/11 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.75 | | | | 88,374.36 |
| 01/31/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.75 | | | | 88,375.11 |
| 02/29/12 | 12 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.70 | | | | 88,375.81 |
| 03/24/12 | 12 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.53 | | | | 88,376.34 |
| 03/24/12 | | Transfer to Acct #*******6261 | Final Posting Transfer | | | | | -88,376.34 | 0.00 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-13933 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | PATEL, DIPIKA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7637 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1846 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account *******7637            Balance Forward            0.00
                          1    Deposits              88,424.01         2   Checks              170.72
                         43    Interest Postings        123.05         0   Adjustments Out       0.00
                                                                       1   Transfers Out    88,376.34
                               Subtotal            $ 88,547.06
                                                                           Total           $ 88,547.06
                          0    Adjustments In           0.00
                          0    Transfers In             0.00

                               Total               $ 88,547.06
```

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-13933 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | PATEL, DIPIKA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6261 Checking - Non Interest |
| Taxpayer ID No: | *******1846 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/24/12 | | Transfer from Acct #*******7637 | Transfer In From MMA Account | | | | | 88,376.34 | 88,376.34 |
| 03/24/12 | 001001 | Brenda Porter Helms | trustee compensation | | | 7,676.47 | | | 80,699.87 |
| 03/24/12 | 001002 | Dixit Patel<br>684 Quincy Court<br>Carol Stream, IL 60188 | Final Distribution | | | 8,893.77 | | | 71,806.10 |
| 03/24/12 | 001003 | Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673 | Final Distribution | | | 56.11 | | | 71,749.99 |
| 03/24/12 | 001004 | Amerihost Franchise Systems Inc<br>David S Catuogno Esq<br>Forman Holt Eliades & Raven LLC<br>80 Route 4 East Sute 290<br>Paramus, New Jersey 07652 | Final Distribution | | | 1,278.54 | | | 70,471.45 |
| 03/24/12 | 001005 | Super 8 Worldwide Inc<br>David S Catuogno Esq<br>Forman Holt Eliades & Raven LLC<br>80 Route 4 East Suite 290<br>Paramus, New Jersey 07652 | Final Distribution | | | 10,341.41 | | | 60,130.04 |
| * 03/24/12 | 001006 | Dixit Patel<br>684 Quincy Court<br>Carol Stream, IL 60188 | Final Distribution | | | 109.16 | | | 60,020.88 |
| 03/24/12 | 001007 | American Enterprise Bank<br>c/o William Carter<br>Clark Hill | Final Distribution | | | 60,020.88 | | | 0.00 |
| * 06/25/12 | 001006 | Dixit Patel<br>684 Quincy Court<br>Carol Stream, IL 60188 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | -109.16 | | | 109.16 |
| 06/29/12 | 001008 | Clerk United States Bankruptcy Court<br>219 S. Dearborn St. 7th Floor<br>Chicago IL 60604 | uncashed distribution | | | 109.16 | | | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 16.06b

FORM 2     Page: 5
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 08-13933 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | PATEL, DIPIKA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6261 Checking - Non Interest |
| Taxpayer ID No: | *******1846 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Account *******6261
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 Deposits | 0.00 | 9 Checks | 88,376.34 |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 0.00 | | |
| 0 Adjustments In | 0.00 | Total | $ 88,376.34 |
| 1 Transfers In | 88,376.34 | | |
| Total | $ 88,376.34 | | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 Deposits | 88,424.01 | 11 Checks | 88,547.06 |
| 43 Interest Postings | 123.05 | 0 Adjustments Out | 0.00 |
| | | 1 Transfers Out | 88,376.34 |
| Subtotal | $ 88,547.06 | | |
| 0 Adjustments In | 0.00 | Total | $ 176,923.40 |
| 1 Transfers In | 88,376.34 | | |
| Total | $ 176,923.40 | Net Total Balance | $ 0.00 |

        /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 08/17/12
        BRENDA PORTER HELMS, TRUSTEE

LFORM2XT      Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*